**FILED**

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

JUN 13 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Oakland Division

Case No. **CV 25-5039**

*(to be filled in by the Clerk's Office)*

SK

| | |
|---|---|
| Monte L Wilson | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| –v– | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Federal Bureau of Prisons | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Charles Hubbard |
| Street Address | 5701 8th street |
| City and County | Dublin |
| State and Zip Code | Ca 94568 |
| Telephone Number | 925 833-7500 |
| E-mail Address | chubbard@bop.gov |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (*if known*).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Federal Bureau of Prisons |
| Job or Title (*if known*) | Western Region Office |
| Street Address | 7338 Shoreline Drive |
| City and County | Stockton |
| State and Zip Code | Ca 95219 |
| Telephone Number | 209 956-9700 |
| E-mail Address (*if known*) | WXRO@bop.gov |

Defendant No. 2

| | |
|---|---|
| Name | Et All |
| Job or Title (*if known*) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (*if known*) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (*if known*) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (*if known*) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (*if known*) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address *(if known)* _____

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fith Amendment Takings
Conversion Tort
Negligence Tort

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Federal Correctionl Institution Staff Housing
Dublin Ca, 94568

B.  What date and approximate time did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

6/6/2025

C.   What are the facts underlying your claim(s)?   *(For example:  What happened to you?  Who did what?*
     *Was anyone else involved?  Who else saw what happened?)*

The abrupt closure of FCI Dublin resulted in the termination of all twenty individually owned modular homes from the federal land that my modular home has been placed for the past thirty years. This decision had far reaching impact on the remaining employees and their famly members. I own the Modular home as a private citizen with a conventional mortgage and tittle. The Federal Burerau of Prisons has demanded that I move the Modular home within thirty days or fourteen days if I decide to terminate employment. The eviction notification states that I will be forcibly removed and denied acess to my private property. I am currently in compliace with the current rental agreement. The age of the Modular home makes it unsafe for movement and violates local relocation ordinances making it impossible to move. Acting Warden Charles Hubbard has advised  if any Modular home remained past ninety days 9/3/2025 the agency would demolish it and bill me for the cost of demolition. The Federal Bureau of prisons also failed to notify owners of mobile homes that the subsequent movement of a mobile home would classify it as "second set". "Second set" is an industry term for a mobile home that has been moved from the original site where it was set when delivered new from the dealer. The significance of a second set home is that it is not eligible for FHA, VA, USDA, Financing. Per Federal guidance from the Housing and Urban Development (HUD) "Manufactured units may be moved only from the manufacturers or dealer's lot to the site on which the unit will be insured. The manufactured unit must not have been installed or occupied previously at any other site or location." It is also a factor that will affect the value of a used mobile home. The eviction notice cites 5 U.S. Code § 5911. this pertains to Government owned qurters. I personally own the quarters not the government. The Federal Bureau of Prisons are improperly applying tittle 5 of the USC they are illegally trying to enforce. Tittle 49§ 24.502  specifically adtresses owner occupants on government land, and should be utilized in this displacement process. The Federal Bureau of Prisons had previous knowledge that FCI Dublin would close yet failed to notify its employees or take appropriate action to cease the Staff Housing program. This combined with the failure to conduct due diligence regarding movement and placement of manufactured homes created a situation where owners of the property could not move from its current location on federal land.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Being physically removed or denied access to the home that I own would render me and my family immediately homeless, as a disabled Veteran, the continuing stress and threat of being forcibly removed from my home is having a negative effect on my mental health. Being unable to relocate my modular home would result in its demolition and total loss of value. Walking away from my current mortgage and foreclosing will result in a negative credit rating and could possibly result in termination from my current position as a Federal Law Enforcement Officer. As the possessor of the property located in space #6 at FCI Dublin, I have a legally protected interest and will suffer irreparable harm in the value of my property due to a "second set" situation once it is moved from its present location. Movement to another location would create a "second set" permanently affecting the condition, quality, and value of my property. The "Second Set" Rule is a well-known industry standard. I will also suffer irreparable harm as I am unable to move the mobile home or place it in a new mobile home park due to its age, I cannot bear the financial burden and limited time of fourteen or ninety days. This would leave no alternative but to let the mobile home remain at its current site only to be demolished by the Federal Bureau of Prisons where I lose all interest and value in a property that I rightfully own.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Request the court stay the Federal Bureau of Prisons termination of employee housing scheduled for 9/5/2025. Monetary damages in the amount of 250,000.00 this includes the Purchase price of my Modular home with relocation expense for relocation.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Date of signing:            06/13/2025

Signature of Plaintiff

Printed Name of Plaintiff      Monte L. Wilson

**B.      For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



**U.S. Department of Justice**

Federal Bureau of Prisons
Federal Correctional Institution

_____

Office of Warden                          Dublin, CA 94568

                                          May 30, 2025


MEMORANDUM FOR RESIDENTS IN STAFF HOUSING LOTS, FCI DUBLIN

FROM:        C. Hubbard, Acting Warden
             FCI Dublin

SUBJECT:     Termination of Employee Housing


On December 5, 2024, notification was given to FCI Dublin staff indicating the permanent closure of FCI Dublin. Subsequent to the December 5, 2024, closure notice, verbal notification was given to staff with mobile homes on the staff housing lots at FCI Dublin indicating the requirements set forth in the Institutional Supplement 4220.03(B), Staff Housing, Mobile Home Sites. Specifically, PS 4220.03(B) notes: "Terminations may only be dictated by the Warden and cannot be delegated. If the need arises to terminate occupancy, formal notice, Termination of Staff Housing (BP-A127) is given. Ordinarily, residents will be allowed 90 days to vacate after receiving notice however, a 14-day notice will be given in the case of employment terminations or resignations."

Pursuant to Title 5 United States Code § 5911, your occupancy of the staff housing lots is a benefit and is conditional on the availability of quarters owned or leased by the Government. Due to the impending closure of FCI Dublin, I am officially issuing the Termination of Employee Housing (BP-A0127) form to you. This memorandum and attached BP-A0127 will be sent via certified mail and through electronic mail (email). Please sign and return to me within five days (via U.S. Postal Service or through email).

Failure to vacate the property on or before September 5, 2025, may result in the accrual of additional rent and interest, legal action taken against you by the Department of Justice, physical restrictions to your access to the property, and such other action as may be necessary and appropriate.

If you are no longer the owner of the mobile home (sale, foreclosure, etc.) located on the Staff Housing Lots at FCI Dublin and you would like to request the lot fee be terminated, please submit a memorandum to me as soon as possible.

The memorandum should include your request to stop billing the site fee, the date that you departed FCI Dublin, your current address, the last day the mobile home was inhabited and all personal property was removed, the official date the mobile home transferred ownership, the lot number that it is setting

on/rented, and an affirmation that you no longer have any other personal property on the lot.  Additionally, include documentation to verify that you are no longer the owner (e.g. Letter from Bank, transfer of title, foreclosure filing).

If you have any questions, please do not hesitate to reach out to me.

BP-A0127
MAR 24
U.S. DEPARTMENT OF JUSTICE

**TERMINATION OF EMPLOYEE HOUSING**

**FEDERAL BUREAU OF PRISONS**

| FACILITY | DATE |
|---|---|
| FCI DUBLIN | 05/29/2025 |

TO:

MONTE WILSON

This is to inform you that your occupancy of Reservation House No. 06_____,
with a bi-weekly deduction of $ 324.82_____ will be terminated on
SEPTEMBER 5_____, 2025___ .

It will be necessary that you have this house emptied of your personal property
and vacated on or before this date.

All moving costs in connection with this termination and move shall be at your
own expense.

Please acknowledge receipt of this letter in the space provided and return it
to this office within five days.

_____
(Chief Executive Officer)

_____

I hereby acknowledge receipt of the above letter.

_____
(Signature of Employee/Occupant)

_____
(Date)

PDF

Prescribed by P2310

This Form replaces BP-127(23) dated April 1994.