Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

### Oakland Division



FILED
JUN 20 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Monte L Wilson | Case No. 25-cv-05039-SK |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| Federal Bureau of Prisons<br>Charles Hubbard Warden FCI Dublin | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## ( Amended ) COMPLAINT AND REQUEST FOR INJUNCTION

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Monte L. Wilson |
   | Street Address | 6700 Goodfellow Ave #6 |
   | City and County | Dublin  Alameda |
   | State and Zip Code | California 94568 |
   | Telephone Number | 415. 926-2995 |
   | E-mail Address | wilson0975@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Federal Bureau of Prisons |
| Job or Title *(if known)* | Western Region Office |
| Street Address | 7338 Shoreline Drive |
| City and County | Stockton |
| State and Zip Code | Ca 95219 |
| Telephone Number | 209 956-9700 |
| E-mail Address *(if known)* | WXRO@bop.gov |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | Charles Hubbard |
| Street Address | 5701 8th street |
| City and County | Dublin |
| State and Zip Code | Ca 94568 |
| Telephone Number | 925 833-7500 |
| E-mail Address *(if known)* | chubbard@bop.gov |

Defendant No. 3

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 4

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fith Amendment Takings
Conversion Tort
Negligence Tort

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Federal Correctionl Institution Staff Housing
Dublin Ca, 94568

B. What date and approximate time did the events giving rise to your claim(s) occur?

6/6/2025

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> The abrupt closure of FCI Dublin resulted in the termination of all twenty individually owned modular homes from the federal land that my modular home has been placed for the past thirty years. This decision had far reaching impact on the remaining employees and their famly members. I own the Modular home as a private citizen with a conventional mortgage and tittle. The Federal Burerau of Prisons has demanded that I move the Modular home within thirty days or fourteen days if I decide to terminate employment. The eviction notification states that I will be forcibly removed and denied acess to my private property. I am currently in compliace with the current rental agreement. The age of the Modular home makes it unsafe for movement and violates local relocation ordinances making it impossible to move. Acting Warden Charles Hubbard has advised if any Modular home remained past ninety days 9/3/2025 the agency would demolish it and bill me for the cost of demolition. The Federal Bureau of prisons also failed to notify owners of mobile homes that the subsequent movement of a mobile home would classify it as "second set". "Second set" is an industry term for a mobile home that has been moved from the original site where it was set when delivered new from the dealer. The significance of a second set home is that it is not eligible for FHA, VA, USDA, Financing. Per Federal guidance from the Housing and Urban Development (HUD) "Manufactured units may be moved only from the manufacturers or dealer's lot to the site on which the unit will be insured. The manufactured unit must not have been installed or occupied previously at any other site or location." It is also a factor that will affect the value of a used mobile home. The eviction notice cites 5 U.S. Code § 5911. this pertains to Government owned qurters. I personally own the quarters not the government. The Federal Bureau of Prisons are improperly applying tittle 5 of the USC they are illegally trying to enforce. Tittle 49§ 24.502 specifically adtresses owner occupants on government land, and should be utilized in this displacement process. The Federal Bureau of Prisons had previous knowledge that FCI Dublin would close yet failed to notify its employees or take appropriate action to cease the Staff Housing program. This combined with the failure to conduct due diligence regarding movement and placement of manufactured homes created a situation where owners of the property could not move from its current location on federal land.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Being physically removed or denied access to the home that I own would render me and my family immediately homeless, as a disabled Veteran, the continuing stress and threat of being forcibly removed from my home is having a negative effect on my mental health. Being unable to relocate my modular home would result in its demolition and total loss of value. Walking away from my current mortgage and foreclosing will result in a negative credit rating and could possibly result in termination from my current position as a Federal Law Enforcement Officer. As the possessor of the property located in space #6 at FCI Dublin, I have a legally protected interest and will suffer irreparable harm in the value of my property due to a "second set" situation once it is moved from its present location. Movement to another location would create a "second set" permanently affecting the condition, quality, and value of my property. The "Second Set" Rule is a well-known industry standard. I will also suffer irreparable harm as I am unable to move the mobile home or place it in a new mobile home park due to its age, I cannot bear the financial burden and limited time of fourteen or ninety days. This would leave no alternative but to let the mobile home remain at its current site only to be demolished by the Federal Bureau of Prisons where I lose all interest and value in a property that I rightfully own.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Request the court stay the Federal Bureau of Prisons termination of employee housing scheduled for 9/5/2025. for six months, Order The Federal Bureau of Prisons continue to provide all Utility services to Staff Housing at FCI Dublin until such matter can be adjudicated.
Monetary damages in the amount of 250,000.00 this includes the Purchase price of my Modular home with relocation expense for relocation.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

|  |  |
|---|---|
| Date of signing: | 06/19/2025 |
| Signature of Plaintiff | */signed/* |
| Printed Name of Plaintiff | Monte L. Wilson |

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address