U.S. Department of Justice

Federal Bureau of Prisons
Federal Correctional Institution

Office of Warden  Dublin, CA 94568

May 30, 2025

BEMORANDUM FOR RESIDENTS IN STAFF HOUSING LOTS, FCI DUBLIN

FROM :   C. Hubbard, Acting Warden Hubbard ,
         PCI Dublin

SUBJECT :   Termination of Employee Housing

On December 5, 2024, notification was given to FCI Dublin staff indicating the permanent closure of FCI Dublin. Subsequent to the December 5, 2624, closure notice, verbal notification was given to staff with mobile homes on the staff housing lots at FCI Dublin indicating the requirements set forth in the Institutional Supplement 4220 .03 (B) , Staff Housing, Mobile Home Sites. Specifically, PS 4220 .03 (B) notes: "Terminations may only be dictated by the Warden and cannot be delegated. If the need a rises to terminate occupancy, formal notice, Termination of Staff Housing (BP—A127) is given. Ordinarily, residents will be allowed 90 days to vacate after receiving notice however, a 14—day notice will be given in the case of employment terminations or resignations . ',

Pursuant to Title 5 United States Code S 5911, your occupancy of the staff housing lots is a benefit and is conditional on the availability of quarters owned or leased by the Government. Due to the impending closure of FCI Dublin, I am officially issuing the Termination of Employee Housing (BP— A0127) form to you. This memorandum and attached BP—A0127 will be sent via certified mail and thpough electronic mail (email) . Please sign and return to me within five days (via U.S. Postal Service or through email) .

Failure to vacate the property on or before September 5, 2025, may result in the accrual of additional rent and interest, legal action taken against you by the Department of Justice, physical restrictions to your access to the property, and such other action as may be necessary and appropriate .

If you are no longer the owner of the mobile home (sale, foreclosure, etc.) located on the Staff Housing Lots at FCI Dublin and you would like to request the lot fee be terminated, please submit a memorandum to me as soon as possible.

The memorandum should include your request to stop billing the site fee, the date that you departed FCT Dublin, your current address, the last day the mobile home was inhabited and all personal property was removed, the official date the mobile home transferred ownership, the lot number that it is setting

ibit A-1

on/ rented, and an affirmation that you no longer have any other personal property on the lot. Additionally, include documentation to verify that you are no longer the owner (e.g. Letter from Bank, transfer of title, foreclosure filing).

If you have any questions, please do not hesitate to reach out to me.

ib

# 4-2

BP-A0127 TERMINATION OF EMPLOYEE HOUSING
MAR 24
U.s. DEPARTPENT OF JUSTICE                FEDERAL BUREAU OF PRISONS

| FACILITY      | DATE       |
| PCI DUBLIN    | 05/29/2025 |

TO:
MONTE WILSON

    This is to inform you that your occupancy of Reservation House No. 06 _____,
with a bi-weekly deduction of $ 324.82   will be terminated on

SEPTEMBER 5                    2025

    It will be necessary that you have this house emptied of your personal property and vacated on or before this date.

    All moving costs in connection with this termination and move shall be at your own expense .

    Please acknowledge receipt of this letter in the space provided and return it to this office within five days .

                                             (Chief Executive Officer)

    I hereby acknowledge receipt of the above letter.

                                      (Signature of Employee/ Occupant)

                                                  ( Date)

PDF                        Prescribed by P2310
               This Form replaces BP—127 (23) dated April 1994 .