UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. WILSON,<br>   Plaintiff,<br>v.<br>FEDERAL BUREAU OF PRISONS, et al.,<br>   Defendants. | Case No. 25-cv-05039-TLT<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 19 |

On August 14 , 2025, the Court denied Plaintiff's motion for a temporary restraining order and preliminary injunction for lack of jurisdiction. ECF 18. Because the Court lacked jurisdiction over Plaintiff's claims, the Court dismissed Plaintiffs' claims with leave to amend and file in the **Court of Federal Claims**. *Id*.

On August 18, 2025, *pro se* Plaintiff filed a motion for reconsideration pursuant to Civil Local Ruyle 7-9. ECF 19.

A party may seek leave to file a motion for reconsideration if they can show: "(1) [a] material difference in fact or law that was not previously presented and could not have been discovered earlier through reasonable diligence; (2) [t]he emergence of new material facts or a significant change in law after the order was issued; or (3) [a] manifest failure by the Court to consider material facts or dispositive legal arguments that were presented before the order." Civil L.R. 7-9(b). Plaintiff was advised that his matter must be heard in the Court of Federal Claims. ECF 18.

Here, Plaintiff has not carried his burden in meeting any of the requirements of Civil Local Rule 7-9(b). None of Plaintiff's cited reasons are grounds for reconsideration nor provide grounds for this court to assert jurisdiction. *See* ECF 19 at 1–4. Although Plaintiff argues that he received

1  a May 30, 2025 letter on his doorstep, the existence of the letter does not change the fact that
2  Plaintiff's claims still stem from his rights under a rental agreement with FCI Dublin.  Because a
3  rental agreement is a contract, Plaintiff's claims are based on a contract with FCI Dublin.  *See*
4  *Bregan v. John Stewart Co.*, No. 23-cv-1823, 2024 WL 695400, at *7 (N.D. Cal. Feb. 19, 2024)
5  ("A lease is, of course, a contract.").  Because of Plaintiff's contract with FCI Dublin, jurisdiction
6  to provide relief rests in the Court of Federal Claims.  *See DaVinci Aircraft, Inc. v. United States*,
7  926 F.3d 1117, 1127 (9th Cir. 2019) ("DaVinci could proceed in the Court of Federal Claims
8  under the Tucker Act through a takings claim under the Fifth Amendment.").  Plaintiff can obtain
9  more information about filing in the Court of Federal Claims by visiting:
10  https://www.uscfc.uscourts.gov/filing-complaint.

Accordingly, Plaintiff's motion for leave to file a motion for reconsideration is **DENIED**.

IT IS SO ORDERED.

Dated: August 19, 2025

_____
TRINA L. THOMPSON
United States District Judge

2